UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYODELE A. ADENUSI and
ELIZABETH ADENUSI,
                        Plaintiffs,

-v-

UNITED STAGING & RIGGING LLC,
*et al.*,
                        Defendants.

24-CV-6043 (JPO)

OPINION AND ORDER

J. PAUL OETKEN, District Judge:

    On September 20, 2024, this Court approved the parties' case management plan, which set the deadline for depositions to be completed by December 1, 2024. The parties also noted that they would be interested in retaining a private mediator or being referred to the District's Mediation Program at the close of depositions.

    The parties are directed to file a joint status letter by December 13, 2024, updating the Court on the status of discovery and whether they intend to pursue an alternate dispute resolution mechanism at this time. The parties should specifically notify the Court as to whether they request a referral to the District's Mediation Program.

    SO ORDERED.

Dated: December 6, 2024
       New York, New York

                                            _____
                                              J. PAUL OETKEN
                                           United States District Judge